Wesley M. MAY, Plaintiff—Appellant,

v.

WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES; Leslie Allen, initial and/or intake supervisor of CPS Record; T'Zouri Oliver, CPS Worker; State of West Virginia; Cynthia M. Steiner; Bureau for Child Support Enforcement; Lorraine Wright; West Virginia Public Assistance Benefits/NY; Mark Sutton, Guardian Ad Litem; Office of the Prosecuting Attorney for Berkeley County, West Virginia; Pamela Games Kneely; Berkeley County Board of Education; Laura Lilly Sutton, Director of Legal Services; Eastridge Health Services; Bridget Morris, Defendants—Appellees.

No. 03–2068.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 3, 2004.

Wesley M. May, Appellant pro se.

Michael Douglas Lorensen, Bowles, Rice, McDavid, Graff & Love, P.L.L.C., Martinsburg, West Virginia; Monica Nassif Haddad, MacCorkle, Lavender, Casey & Sweeney, P.L.L.C., Morgantown, West Virginia; Tracey Brown Eberling, Steptoe & Johnson, Martinsburg, West Virginia; Elizabeth H. Rose, Rose Padden & Petty, L.C., Fairmont, West Virginia, for Appellees.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wesley M. May appeals the district court's order granting Defendants' motions to dismiss his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See May v. West Virginia Dep't of Health & Human Resources,* No. CA–02–87–3 (N.D.W.Va. July 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*